**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/10/2023__
```

**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33ʳᴰ STREET
6ᵀᴴ FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER
MICHAEL CARMODY

TELEPHONE: (212) 239-9777
FACSIMILE:  (212) 239-9175
DanielParker@aol.com

October 3, 2023

**By ECF and email**
Hon. Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: **United States v. Sutton**
23 Cr 401 (NSR)

Dear Judge Roman:

I am CJA counsel appointed to represent Idris Sutton. I write asking the Court to schedule a conference so that I can be relieved as counsel and new counsel can be appointed to represent Mr. Sutton.

For some time, there has been an issue brewing between client and lawyer in which Mr. Sutton was feeling dissatisfied with my representation. Today, Mr. Sutton made clear that he no longer wishes for me to represent him and that he wants new counsel.

It is my belief that the attorney/client relationship is beyond repair and that it would be in Mr. Sutton's best interests to have new counsel. Accordingly, I respectfully request that the Court schedule a conference as soon as practicable.

Respectfully,

*Daniel S. Parker*

Daniel S. Parker
Parker and Carmody, LLP
30 East 33ʳᵈ St. 6ᵗʰ Floor
New York, NY 10016
DanielParker@aol.com
917-670-7622

**The Court GRANTS Defense counsel's request for an Attorney Substitution Hearing and schedules same for October 13, 2023 at 10:00 am. Clerk of Court is requested to terminate the motion at ECF No. 20.**
**Dated: White Plains, NY**
       **October 10, 2023**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE