UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

         -against-

IDRIS SUTTON,

                     Defendant.

-------------------------------------------------------x

**ORDER**

23 Cr. 401 (NSR)

**ROMÁN, U.S.D.J.:**

The C.J.A. attorney assigned to this case   __Daniel Parker__   is hereby ordered substituted
                                                            Attorney's Name

and the representation of the defendant in the above captioned matter is assigned to C.J.A. attorney

  __James Roth__ .
     Attorney's Name

SO ORDERED.

_____
NELSON S. ROMÁN,
UNITED STATES DISTRICT JUDGE

Dated:   White Plains, New York
           October 13, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/13/2023__