UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

    -against-

IDRIS SUTTON,

                   Defendant.

-------------------------------------------------------x

**ORDER**

23 Cr. 401 (NSR)

**ROMÁN, U.S.D.J.:**

The C.J.A. attorney assigned to this case    James Roth    is hereby ordered substituted
                                                               Attorney's Name

and the representation of the defendant in the above captioned matter is assigned to C.J.A. attorney

      Michael Burke      .
        Attorney's Name

SO ORDERED.

Dated:   White Plains, New York
           January 22, 2024

_____
NELSON S. ROMÁN,
UNITED STATES DISTRICT JUDGE



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/22/2024