UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

                         Plaintiff,                   **MEMORANDUM**

    -against-                               23 Cr. 401 (NSR)

IDRIS SUTTON,

                        Defendant.

------------------------------------------------------------X

TO: <u>Nelson S. Román, United States District Judge</u>:

       Please find attached a transcript of the June 25, 2024 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: August 23, 2024
          White Plains, New York

                                                            Respectfully Submitted,

                                                             */s/ Judith C. McCarthy*
                                                              JUDITH C. McCARTHY
                                                              United States Magistrate Judge